**Dated: December 28, 2016**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE: STEVEN WILLIAMSON                    CASE NO.: 13-11936
                                             CHAPTER 13
       Debtor(s)
_____  _____

ORDER ON MOTION TO LIFT AUTOMATIC STAY AND CO-DEBTOR STAY
_____

This cause came to be heard on December 15, 2016 on the Motion to Lift the Automatic Stay and Co-Debtor Stay filed herein by Heights Finance, and it appearing after statements of counsel and the Chapter 13 Trustee and other matters presented that the Court should order as follows;

IT IS THEREFORE ORDERED that the automatic stay of §362 of the Bankruptcy Code is lifted as to debtor's 2005 Chevrolet Tahoe and as to any co-Debtor and said creditor may proceed with foreclosure and/or repossession, sale or other disposition of said collateral, with the understanding that any surplus proceeds following any sale, foreclosure or other disposition of the

described property, shall be paid to the Trustee to bring the plan current with any remaining funds to be paid to the unsecured creditors.

        IT IS FURTHER ORDERED the Requirement of Bankruptcy Rule 4001(a)(3) is hereby waived.

APPROVED FOR ENTRY

LAW OFFICES OF
HOLMES, RICH & SIGLER, P.C.

BY:/s/R. Bradley Sigler
   R. Bradley Sigler
   Attorney for Creditor
   218 West Main Street
   Jackson, TN 38301
   Phone # (731) 422-4023
   B.P.R. #7027


/s/Michael T. Tabor
Michael T. Tabor
Attorney for Debtor
P.O. Box 2877
Jackson, TN 38302

 /s/ Timothy H. Ivy
Timothy H. Ivy
Chapter 13 Trustee
P.O. Box 1313
Jackson, TN 38302


Serve the Following Parties:
Debtor(s)
Debtor's Attorney
Case Trustee